IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **YIHUA CHEN,** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| v. | : | |
| **MICHAEL ROSE, in his official capacity as** | : | No. 26-cv-0501 |
| **ICE Field Office Director, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **29th** day of **January 2026**, upon review of Petitioner Yihua Chen's Petition for a Writ of Habeas Corpus (ECF No. 1), Respondents' January 28, 2026 Letter (ECF No. 4), and the docket, it is hereby **ORDERED** that the Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this District's prior cases, *see* Memorandum Opinion at 1–10, *Demirel v. Fed. Det. Ctr. Philadelphia*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025); Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec. 9, 2025); Memorandum Opinion at 1–5, *Porras v. O'Neill*, No. 25-cv-6801 (E.D. Pa. Dec. 22, 2025), which Respondents concede are not materially distinguishable, *see* ECF No. 4 at 1, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. On or before **February 6, 2026**, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), at which the parties will be allowed to

present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

3. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) on or before **February 6, 2026** as required herein, Petitioner shall be immediately released from detention while awaiting the bond hearing.

4. The Parties shall file a Joint Status Letter updating the Court as to the results of the bond hearing, on or before **February 13, 2026, at 5:00 p.m.** Further, the Parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

5. The Court defers ruling on Petitioner's request for attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See* ECF No. 1 at 15. On or before **February 12, 2026**, Respondents shall file a response addressing only the issue of whether Petitioner is entitled to attorney's fees and costs under the Equal Access to Justice Act.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**