# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| YIHUA CHEN, <br><br> Petitioner <br> v. <br><br> J.L. JAMISON, ET AL., <br><br> Respondents. | Civ No: 25-cv-0501 |

### STIPULATION AND ORDER

Petitioner Yihua Chen ("Petitioner") and all respondents ("Respondents") stipulate as follows:

On January 27, 2026, this Court entered an order enjoining Respondents from removing or transferring Petitioner from the Eastern District of Pennsylvania pending further order of the Court.

In compliance with the Court's Order, Petitioner remains at the Federal Detention Center Philadelphia.

On January 29, 2026, this Court entered an order granting Petitioner's writ of habeas corpus and ordering Respondents to provide a bond hearing in accordance with 8 U.S.C. § 1226(a) no later than February 6, 2026. (ECF No. 5.) The Court's order did not specifically address the prior order enjoining Respondents from removing or transferring Petitioner from the Eastern District of Pennsylvania.

Respondents are unable to provide Petitioner a bond hearing from the Federal Detention Center Philadelphia, but can provide a bond hearing from other facilities in Pennsylvania outside of the Eastern District of Pennsylvania. In an abundance of

caution, Respondents wish to clarify that they may transfer Petitioner to another facility within the Commonwealth of Pennsylvania, but outside the Eastern District of Pennsylvania, to comply with the Court's January 29 order and provide Petitioner with a bond hearing.

Petitioner and Respondents agree that Respondents may transfer Petitioner within the Commonwealth of Pennsylvania to enable the provision of a bond hearing pursuant to the Court's January 29, 2026 order.

| | |
|---|---|
| Dated: January 29, 2026 | Very respectfully, |
| | DAVID METCALF<br>United States Attorney |
| /s *Adam Solow*<br>ADAM SOLOW<br>Solow Hartnett & Galvan, LLC<br>1601 Walnut Street, suite 1200<br>Philadelphia, PA 19102<br>adam@shglawpa.com<br>(215) 330-5244<br>*Counsel for Petitioner* | /s *Viveca D. Parker*<br>VIVECA D. PARKER<br>ANTHONY ST. JOSEPH<br>Assistant United States Attorneys<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106-4476<br>landon.jones@usdoj.gov<br>(215) 861-8443/8267(Parker/St. Joseph)<br>*Counsel for Respondents* |

**APPROVED BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**

Date: January 30, 2026