**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YIHUA CHEN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 26-cv-0501 |
| | : | |
| MICHAEL ROSE, *et al.*, | : | |
| | : | |
| Respondents. | : | |

**STIPULATION AND ORDER**

Petitioner and respondents, through counsel, stipulate as follows:

1.      Petitioner is a non-citizen who was detained by immigration authorities and filed this action for a writ of habeas corpus on January 27, 2026. ECF No. 1.

2.      On January 29, 2026, the Court granted the Petition and ordered that Petitioner be afforded a bond hearing on or before February 6, 2026. ECF No. 5.

3.      The Court additionally ordered Respondents to submit by February 12, 2026 a brief explaining their position regarding Petitioner's request for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). ECF No. 5 ¶ 5.

4.      Petitioner now withdraws his request for attorneys' fees under the EAJA.

5.      The parties agree that Petitioner's withdrawal of his request for attorneys' fees obviates the need for briefing regarding attorneys' fees; therefore, Respondents should not be required to submit a brief explaining their position regarding attorneys' fees.

So stipulated:

DAVID METCALF
United States Attorney

/s/ Adam Solow
ADAM SOLOW
Solow Hartnett & Galvan, LLC
1601 Walnut Street, suite 1200
Philadelphia, PA 19102
adam@shglawpa.com
(215) 330-5244

*Counsel for Petitioner*

Dated:  February 5, 2026

/s/ Viveca D. Parker
VIVECA D. PARKER
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8443
Email:  Viveca.Parker@usdoj.gov

*Counsel for Respondents*

**APPROVED BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

Dated:  February 5, 2026

2