## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YIHUA CHEN,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL ROSE, in his official capacity as** | : | **No. 26-cv-0501** |
| **ICE Field Office Director, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **19th** day of **February 2026**, upon review of Petitioner's Status Report (ECF No. 9), Respondents' Response to Petitioner's Arguments in Joint Status Report (ECF No. 10), and the Audio Recording of Petitioner's Bond Hearing, and after a February 4, 2026 Hearing, it is hereby **ORDERED** as follows:

1. Petitioner moves the Court to reverse the denial of bond and for immediate release on the grounds that his bond hearing was fundamentally unfair. ECF No. 9. The Motion (ECF No. 9) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

2. Any restrictions imposed on Petitioner's location by this Court are now lifted.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

1