## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| | : | |
| **YIHUA CHEN,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL ROSE, in his official capacity as** | : | **No. 26-cv-0501** |
| **ICE Field Office Director, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **30th** day of **July 2026**, upon review of the docket, it is hereby

**ORDERED** that the Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

1